**MELLINGER KARTZMAN LLC**
101 Gibraltar Drive, Suite 2F
Morris Plains, New Jersey 07950
By: Steven P. Kartzman, Esq.
skartzman@msklaw.net
Tel.: (973) 267-0220
*Attorneys for Chapter 7 Trustee, Steven P. Kartzman*

| | |
|---|---|
| In re:<br><br>MATTHEW JOSEPH STUART,<br><br>               Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>CHAPTER 7<br><br>CASE NO.:   25-22663-JKS<br><br>**CERTIFICATION OF STEVEN<br>P. KARTZMAN, CHAPTER 7 TRUSTEE** |

I, Steven P. Kartzman, Esq., being of full age, certify as follows:

1.      I am an attorney at law of the State of New Jersey, have been duly admitted to practice in the United States Bankruptcy Court for the District of New Jersey, and am a member of Mellinger Kartzman LLC.

2.      Neither your deponent nor your deponent's firm has any connection with the above named Debtor(s), creditors, or any other party in interest herein, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee, except that Steven P. Kartzman, Esq. is the Chapter 7 Trustee for the Debtor(s) in this proceeding.

3.      Pursuant to 11 U.S.C. §327(a), the proposed attorney does not hold or represent an interest adverse to the estate and based upon the within Certification, is a disinterested person within the meaning of 11 U.S.C. §101(14). Moreover, pursuant to Bankruptcy Rule 2014(a), to the best of the applicant's knowledge, the proposed attorney has no connection whatsoever with

the Debtor(s), creditors or any other party in interest or their respective attorneys or accountants,

the United States Trustee or any person employed in the Office of the United States Trustee,

except that Steven P. Kartzman is the Chapter 7 Trustee in this case.

    I certify under penalty of perjury that the above information is true.


Dated: June 11, 2026                                     */s/Steven P. Kartzman*
                                               STEVEN P. KARTZMAN